# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neha Sharma,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>　　　　　Respondents. | No. CV-26-01456-PHX-SHD (ASB)<br><br>**ORDER** |

Petitioner challenged her present immigration detention, arguing it has become prolonged in violation of the Fifth Amendment and requested release or a bond hearing. (Doc. 1.) The Court directed Respondents to answer the Petition. (Doc. 5.) Respondents' response stated "Respondents do not oppose Petitioner's request for a bond hearing at this time." (Doc. 12.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for a bond hearing.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for a bond hearing.  The remainder of the Petition is denied.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing a bond hearing.

///

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 30th day of March, 2026.

_____
Honorable Sharad H. Desai
United States District Judge